FILED

MAR 18 2025

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT |
| Plaintiff, | ) | |
| | ) | **5:25CR00119** |
| v. | ) CASE NO. | |
| | ) | Title 18, United States Code, |
| SHAWN M. FORD, | ) | Sections 922(o), 924(a)(2); Title |
| | ) | 26, United States Code, Sections |
| Defendant. | ) | 5841, 5861(a) and (d), and 5871 |

COUNT 1
(Engaging in the Business of Dealing Firearms Without a License,
26 U.S.C. §§ 5861(a) and 5871)

The Grand Jury charges:               **JUDGE NUGENT**

1. From on or about March 15, 2020, through on or about March 30, 2023, in the Northern District of Ohio, Eastern Division, Defendant SHAWN M. FORD, knowingly engaged in the business of dealing in firearms, as defined in Title 26, United States Code, Sections 5845(a)(3), without having paid the special occupational tax required by Title 26, United States Code, Section 5801, and without having registered as required by Title 26, United States Code, Section 5802, in violation of Title 26, United States Code, Sections 5961(a) and 5871.

COUNT 2
(Illegal Possession of a Machinegun, 18 U.S.C. §§ 922(o) and 924(a)(2))

The Grand Jury further charges:

2. On or about March 30, 2023, in the Northern District of Ohio, Eastern Division, Defendant SHAWN M. FORD did knowingly possess a machinegun, to wit: a CZ model

Scorpion Evo 3 S1 9mm caliber automatic rifle bearing serial number E032766, in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

## COUNT 3
(Possession of an Unregistered Firearm,
26 U.S.C. §§ 5841, 5861(d), and 5871)

The Grand Jury further charges:

3. On or about March 30, 2023, in the Northern District of Ohio, Eastern Division, Defendant SHAWN M. FORD did knowingly receive and possess a firearm, as defined in Title 26, United States Code, Sections 5845(a)(7), to wit: a firearm silencer as defined in Title 18, United States Code, Sections 921(a)(3)(C) and (a)(25), not registered to him in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

## FORFEITURE

The Grand Jury further charges:

4. For the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1); Title 26, United States Code, Section 5872, and Title 28 United States Code, Section 2461(c), the allegations of Counts 1 through 3 are incorporated herein by reference. As a result of the foregoing offenses, Defendant SHAWN M. FORD shall forfeit to the United States any and all firearms and ammunition involved in or used in the violations charged in Counts 1 and 2; and any and all firearms involved in violation in Count 3; including, but not limited to, the following:

A. Ruger, Model 10/22 50th Anniversary, .22 caliber pistol bearing serial number 829-50045, loaded with ten rounds of ammunition.

B. 1,150 rounds of .22 caliber ammunition located in a second story bedroom closet.

C. Glock, Model 43x, 9mm caliber pistol bearing serial number BPRS594, loaded

2

        with 15 rounds of 9mm ammunition.

D.     Smith & Wesson, Model 642CT Airweight, .38 caliber revolver bearing serial number CTY0443, loaded with 4 rounds of .38 caliber ammunition.

E.     Marlin Firearms Co., Model 60, .22 caliber rifle bearing serial number 99153906.

F.     Miscellaneous rounds of various caliber ammunition located in a second story bedroom nightstand drawer.

G.     CZ USA, Model CZ Scorpion Evo 3 S1, 9mm caliber rifle bearing serial number E032766.

H.     Keltec, Model KSG, 12-gauge shotgun bearing serial number XRF30.

I.     Titan, Model Titan, .25 caliber pistol bearing serial number ED37180.

J.     Gerstenberger & Eberwein Model 22K, .22 caliber revolver bearing serial number 19400.

K.     Colt Model M4 Carbine, 5.56 caliber rifle bearing serial number LE409876.

L.     Henry Repeating Rifle Company Model H004 Golden Boy, .22 caliber rifle bearing serial number GB600287.

M.     140 rounds of 9mm ammunition found loaded in seven CZ assorted magazines, located in a basement room inside a CZ gun bag.

N.     Miscellaneous rounds of various caliber ammunition located in a basement room inside a green gun bag.

O.     Smith & Wesson Model: 642 Airweight, .38 caliber revolver bearing serial number DML7695.

P.     20 rounds of .38 caliber ammunition located in a basement room.

Q.     Heckler and Koch Model: P30L, 9mm caliber pistol bearing serial number 213-037553, loaded with 8 rounds of 9mm ammunition.

R.     Glock, Model 19, 9mm caliber pistol bearing serial number BEBL656.

S.     Sig Sauer Model P320, 9mm caliber pistol bearing serial number 58B109926.
T.     35 rounds of 9mm caliber ammunition located in a basement room.
U.     Taurus International Model TX22, .22 caliber pistol bearing serial number 1PT348745.

V. Walther Model P22, .22 caliber pistol bearing serial number L232447.

W. Bond Arms Inc. Model Wicked, 9mm caliber Derringer bearing serial number JW0286.

X. 22 rounds of .410 caliber ammunition located in a Bond Arms gun box in a basement room.

Y. Bond Arms Para Bellum – Prepare for War .45 Colt / 3 Inch .410 barrel located in a basement room.

Z. Smith & Wesson Model M&P Shield EZ, 9mm caliber pistol bearing serial number RJL9957.

AA. Taurus International Model TX22, .22 caliber pistol bearing serial number 1PT428790.

BB. Intratec Model AB20, 9mm caliber pistol bearing serial number A040281.

CC. 84 rounds of 9mm caliber ammunition located in Defendant's red Toyota Tacoma pick-up truck.

DD. Glock Model 26, 9mm caliber pistol bearing serial number BXMP117, loaded with 14 rounds of 9mm ammunition.

EE. Smith & Wesson Model 642 Airweight, .38 caliber revolver bearing serial number DMF1298, loaded with 5 rounds of .38 caliber ammunition.

FF. Seven 9mm caliber firearm magazines loaded with 89 rounds of 9mm ammunition located in Defendant's red Toyota Tacoma pick-up truck.

GG. 103 rounds of .22 caliber ammunition located in a basement room.

HH. 100 rounds of 9mm ammunition located in a basement room.

II. 1,280 rounds of 7.62 caliber ammunition located in a basement room.

JJ. 100 rounds of .22 caliber ammunition located in a basement room.

KK. Henry Repeating Rifle Company unknown model, .22 caliber rifle bearing serial number GB001032D.

LL. CMMG Model MK-4, .22 caliber rifle bearing serial number BOD05376.

MM. Henry Repeating Rifle Company unknown model, .22 caliber rifle bearing serial number HML002893.

NN. Taurus Model G2C, 9mm caliber pistol serial number ACM667580.

OO. Browning unknown model, .25 caliber pistol bearing serial number 165442, loaded with 6 rounds of .25 caliber ammunition.

PP. Heritage MFG Model Rough Rider, .22 caliber revolver bearing serial number 3PH101178.

QQ. North American Arms unknown model, .22 caliber revolver bearing serial number L240176, loaded with 5 rounds of .22 caliber ammunition.

RR. Marlin Firearms Co. Model 60, .22 caliber rifle bearing serial number 19464566.

SS. Solvent Trap firearm silencer located in the garage.

TT. Ruger Model 10/22, .22 caliber rifle bearing serial number 0003-62967.

UU. Umarex Sportwaffen GMBH &CO Model TAC R1 22C, .22 caliber rifle bearing serial number HA037431.

VV. 56 firearm magazines loaded with 244 rounds of 7.62 ammunition, 227 rounds of .22 caliber ammunition, 20 rounds of 9mm ammunition, and 1,190 rounds of 2.23 caliber ammunition located in a basement room.

WW. 2,050 rounds of 7.62 caliber ammunition located in a basement room.

XX. 2,425 rounds of 9mm caliber ammunition located in a basement room.

YY. 175 rounds of .38 caliber ammunition located in a basement room.

ZZ. 450 rounds of 5.56 caliber ammunition located in a basement room.

AAA. 625 rounds of .45 caliber ammunition located in a basement room.

BBB. 1,350 rounds of .22 caliber ammunition located in a basement room.

CCC. 145 rounds of 12-gauge ammunition located in a basement room.

DDD. 13,150 rounds of .22 caliber ammunition located in the garage.

EEE. 1,110 rounds of 5.56 caliber ammunition located in the garage.

FFF. 2,600 rounds of 9mm ammunition located in the garage.

GGG. 988 rounds of .45 caliber ammunition located in the garage.

HHH. 425 rounds of 12-gauge ammunition located in the garage.

III. 1,440 rounds of 7.62 caliber ammunition located in the garage.

JJJ. 25 rounds of .20 caliber ammunition located in the garage.

KKK. 108 rounds of .25 caliber ammunition located in the garage.

LLL. 29 rounds of .32 caliber ammunition located in the garage.

MMM. 25 rounds of .410 caliber ammunition located in the garage.

NNN. 7 rounds of .38 caliber ammunition located in the garage.

OOO. 19 rounds of .50AE caliber ammunition located in the garage.

PPP. 3 rounds of 7.92 caliber ammunition located in the garage.

QQQ. 3 rounds of 12-gauge ammunition located in the garage. and

RRR. 80 rounds of 7.62 caliber ammunition located in the garage.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.